UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWRENCE BARRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY SHERIFF'S OFFICE DEPARTMENT,<br><br>　　　　　Defendant. | Case No.  1:23-cv-01756-HBK (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO FILE FULLY COMPLETED APPLICATION OR PAY FILING<br><br>JANUARY 31, 2024 DEADLINE<br><br>(Doc. No.  2) |

　　　　Plaintiff Anthony Lawrence Barra initiated this action while detained in the Bob Wiley Detention Facility by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on December 22, 2023.  (Doc. No. 1).  Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff's application, however, fails to comply with § 1915(a)(1)(2).  Specifically, in addition to filing an affidavit of indigency, a prisoner "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately proceeding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined."  *Id*.  Plaintiff did not submit a trust fund statement and the "Certificate" portion of Plaintiff's IFP application is blank and not completed and certified by an authorized official.  Instead, Plaintiff

writes "REFUSED."  (*See* Doc. No. 2 at 2).

Plaintiff must provide the Court with a copy of his inmate trust fund account or a completed "Certificate" portion of the application sign by an authorized official.  If appropriate, Plaintiff may want to attach a copy of this Order to his request for his inmate trust fund account or his request to have the "Certificate" portion completed by an authorized official to show he is under a court-ordered deadline.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice to Plaintiff submitting a fully completed application.

2. No later than January 31, 2024, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certificate" section of the application or submit a copy of his prison trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $402.00 filing fee for this action.

3. Absent good cause, the Court will not grant any motions for extension of time.

4. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the court's orders.

5. The Clerk is directed to include a blank application to proceed *in forma pauperis* with this order.

Dated:     December 27, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE