UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWRENCE BARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>TULARE COUNTY SHERIFF'S OFFICE DEPARTMENT,<br><br>    Defendant. | 1:23-cv-01756 HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 6)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE TULARE COUNTY SHERIFF |

       Plaintiff—a prisoner—initiated this action on December 22, 2023, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff renewed his request for leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support. (Doc. No. 6). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Tulare County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's renewed application to proceed *in forma pauperis* (Doc. No. 6) is **GRANTED**.

2. **Pursuant to 28 U.S.C. § 1915 (b)(1), the Tulare County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall foarward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by Plaintiff's name and the case number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 6) on the Tulare County Sheriff located at 36714 Road 12, Visalia, CA 93291.

4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

Dated:     January 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE